STEPHEN H. SUTRO (SBN 172168)
PAUL S. ROSENLUND (SBN 87660)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:     shsutro@duanemorris.com
            psrosenlund@duanemorris.com

Attorneys for Defendant
THOMAS FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT HARKONEN, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>THOMAS FLEMING, an individual,<br><br>                Defendant. | Case No.: 12-CV-1267 MEJ<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

       WHEREAS, on September 20, 2011, Plaintiff Scott Harkonen ("Plaintiff") filed this action in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-11-514439, entitled *Scott Harkonen, Plaintiff, v. Thomas Fleming and Does 1 through 20, Inclusive, Defendant(s)* (the "Complaint");

       WHEREAS, Defendant Thomas Fleming ("Defendant") removed this action to this Court on March 14, 2012; and

       WHEREAS, Defendant desires a reasonable amount of time to respond to the Complaint and Plaintiff desires a reasonable amount of time to prepare an opposition to any responsive motion filed by Defendant.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the Plaintiff, on the one hand, and the Defendant, on the other hand, as follows:

1. The Defendant's deadline to move against, answer, or otherwise respond to the Complaint will be thirty (30) days from the date of removal, or April 13, 2012; and

2. In the event that Defendant files a motion in response to the Complaint, any opposition to such motion shall be filed thirty days from the filing of Defendant's motion, or May 14, 2012; Defendant's reply memorandum shall be filed fifteen days thereafter, or May 29, 2012.

IT IS SO STIPULATED.

Dated: March 15, 2012    **BOWMAN & BROOKE LLP**

By: _____/s/_____
Daniel J. Smith

**Attorneys for Plaintiff, Scott Harkonen**

Dated: March 15, 2012    **DUANE MORRIS LLP**

By: _____/s/_____
Stephen H. Sutro

**Attorneys for Defendant, Thomas Fleming**

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating plaintiff.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
Magistrate Judge Maria-Elena James

DM1\3216421.1

2

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, BRIEFING SCHEDULE AND [PROPOSED] ORDER