IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT HARKONEN,

    Plaintiff,

v.

THOMAS FLEMING,

    Defendant.

No. C 12-1267 SI

**JUDGMENT**

Defendant's motion to strike the complaint based on Section 425.16 of the California Code of Civil Procedure is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 24, 2012

SUSAN ILLSTON
United States District Judge