IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT HARKONEN,　　　　　　　　　　　　　　No. C 12-1267 SI

　　　　Plaintiff,　　　　　　　　　　　　　　　　　　**JUDGMENT**

　v.

THOMAS FLEMING,

　　　　Defendant.
　　　　　　　　　　　　　　　　　／

　　　Defendant's motion to strike the complaint based on Section 425.16 of the California Code of Civil Procedure is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge