STEPHEN H. SUTRO (SBN 172168)
PAUL S. ROSENLUND (SBN 87660)
JOSEPH P. AUDAL (SBN 283010)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   shsutro@duanemorris.com
            psrosenlund@duanemorris.com
            jpaudal@duanemorris.com

Attorneys for Defendant
THOMAS FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HARKONEN,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS FLEMING,<br><br>Defendant. | No.: C 12-1267 SI<br><br>**STIPULATION OF EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |

     WHEREAS, on July 24, 2012, this Court granted Defendant Thomas Fleming's ("Defendant") motion to strike Plaintiff Scott Harkonen's ("Plaintiff") Complaint. This Court also entered judgment that same day;

     WHEREAS, Defendant is required to file his motion for attorneys' fees and costs by August 7, 2012, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i) and Civil L.R. 54-5(a);

     WHEREAS, Plaintiff and Defendant desire a reasonable amount of time to meet and confer and discuss the scope of the motion for attorneys' fees and costs pursuant to Civil L.R. 54-5(b)(1); and

     WHEREAS, there has been no prior extension regarding this motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the Plaintiff, on the one hand, and the Defendant, on the other hand, as follows:

Pursuant to Civil Local Rules 6-2 and 54-5, Defendant's deadline to move for his attorneys' fees and costs is extended to and including August 14, 2012.

IT IS SO STIPULATED.

**BOWMAN & BROOKE LLP**

Dated: August 2, 2012     By: _____/s/_____
                              Daniel J. Smith

**Attorneys for Plaintiff Scott Harkonen**

**DUANE MORRIS LLP**

Dated: August 2, 2012     By: _____/s/_____
                              Stephen H. Sutro

**Attorneys for Defendant Thomas Fleming**

### ATTESTATION CLAUSE

Pursuant to Civil L. R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from stipulating plaintiff.

**IT IS SO ORDERED.**

Dated: ___8/6_____, 2012

_____
The Honorable Susan Illston
United States District Judge