| | |
|---|---|
| 1 | STEPHEN H. SUTRO (SBN 172168) |
| 2 | PAUL S. ROSENLUND (SBN 87660)<br>JOSEPH P. AUDAL (SBN 283010) |
| 3 | **DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2200 |
| 4 | San Francisco, CA 94105-1104<br>Telephone: 415.957.3000 |
| 5 | Facsimile: 415.957.3001<br>E-Mail:   shsutro@duanemorris.com |
| 6 |         psrosenlund@duanemorris.com<br>        jpaudal@duanemorris.com |
| 7 | Attorneys for Defendant |
| 8 | THOMAS FLEMING |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT HARKONEN, | ) | No.: C 12-1267 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |
| THOMAS FLEMING, | ) | |
| Defendant. | ) | |

WHEREAS, on July 24, 2012, this Court granted Defendant Thomas Fleming's ("Defendant") motion to strike Plaintiff Scott Harkonen's ("Plaintiff") Complaint. This Court also entered its judgment accordingly that same day;

WHEREAS, Defendant is required to file his motion for attorneys' fees and costs by August 14, 2012, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), Civil L.R. 54-5(a), and this Court's order dated August 7, 2012;

WHEREAS, there has been one previous extension regarding this issue; and

WHEREAS, Plaintiff and Defendant desire an additional time to meet and confer and discuss the scope of the motion for attorneys' fees and costs pursuant to Civil L.R. 54-5(b)(1).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, the Plaintiff, on the one hand, and the Defendant, on the other hand, as follows:

Pursuant to Civil Local Rules 6-2 and 54-5, Defendant's deadline to move for his attorneys' fees and costs will be extended an additional two weeks to August 28, 2012.

IT IS SO STIPULATED.

**BOWMAN & BROOKE LLP**

Dated: August 10, 2012          By:  /s/
                                     Daniel J. Smith

**Attorneys for Plaintiff Scott Harkonen**

**DUANE MORRIS LLP**

Dated: August 10, 2012          By:  /s/
                                     Stephen H. Sutro

**Attorneys for Defendant Thomas Fleming**

**ATTESTATION CLAUSE**

Pursuant to Civil L. R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from stipulating plaintiff.

**IT IS SO ORDERED.**

Dated: ____08/13____, 2012     _____
                                The Honorable Susan Illston
                                United States District Judge

-2-
STIPULATION OF EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER

CASE NO. C-12-1267 SI

DM1\3474374.1